


December 5, 2022

**Via Certified Mail:**
Clerk of Court
301 West Main Street
Benton, IL 62812

21-mc-~~6~~-SMY
22-mc-6-SMY bmc

**Re: Registration of Foreign Judgment**

To Whom It May Concern:

This firm represents the Iron Workers St. Louis District Council Pension Trust, the Iron Workers St. Louis District Council Annuity Trust, and the Iron Workers St. Louis District Council Welfare Plan (collectively, the "Trust Funds"). Judgment was entered in favor of the Trust Funds and against Grover Mays, Jr., individually and d/b/a Grover Mays Construction Company, and against Mika Sadler, individually and d/b/a Grover Mays Construction Company, on October 14, 2022, in the aggregate sum of $126,572.07 by the United States District Court for the Eastern District of Missouri. The amount due thereon is $126,572.07.

Enclosed, please find a certified copy of the Judgment as well as a check in the amount of $49.00 for the filing fee. We kindly request that this Judgment be registered in the United States District Court for the Southern District of Illinois.

If anything else is required from us to register the Judgment, please contact me via telephone at (317) 754-8720 or via email at decker@johnsonkrol.com.

Very truly yours,

Adam Decker

Adam Y. Decker

Encls.

CERTIFIED MAIL®



UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

PS00001000012

EP14B June 2020
OD: 10 x 6

RECEIVED

DEC 08 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

Johnson + Krol, LLC
311 S Wacker Dr, Suite 1050
Chicago IL 60606-6663

PRESS FIRMLY TO SEAL

$13.60 US POSTAGE
PRIORITY MAIL
COMBASPRICE
FROM 60606
12/05/2022
stamps endicia
062S0001438602

9402 8112 0620 3400 6363 17

# PRIORITY® MAIL

Clerk of Court
301 W Main St
Benton IL 62812-1362

MAIL CLEARED
US MARSHALS

FROM:

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS00001000012

EP14B June 2020
OD: 10 x 6



WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14B © U.S. Postal Service; June 2020; All rights reserved.