## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST; IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST; and IRON WORKERS ST. LOUIS DISTRICT COUNCIL WELFARE PLAN, <br><br> Plaintiffs/Judgment Creditors, <br><br> vs. <br><br> GROVER MAYS, JR., individually and d/b/a GROVER MAYS CONSTRUCTION COMPANY, MIKA SADLER, individually and d/b/a GROVER MAYS CONSTRUCTION COMPANY, <br><br> Defendants/Judgment Debtors, <br><br> and <br><br> ANNA-JONESBORO NATIONAL BANK, <br><br> Third-Party Citation Respondent. | Case No.  4:22-mc-6-SMY-RJD |

### ORDER FOR TURNOVER

This matter is before the Court on Plaintiffs' Motion for Turnover of Assets (Doc. 7). Plaintiffs ask that the Court enter an order compelling Anna-Jonesboro National Bank to turnover $15,307.78 to Plaintiffs from Account No. XXXX582 that Anna-Jonesboro National Bank is currently holding that belongs to Defendants.  Plaintiffs also ask that Anna-Jonesboro National Bank be compelled to turnover approximately $45,000.00 in additional funds that are to be deposited into this same account at a future date.  No objection has been filed by Defendants or Anna-Jonesboro National Bank.

**IT IS HEREBY ORDERED:**

1. Anna-Jonesboro National Bank is ordered to turnover $15,307.78 it is holding in Account No. XXXX582 belonging to Defendants/Judgment Debtors pursuant to the Citation to Discover Assets (Third-Party) (Doc.4) in a draft made payable to the ***Iron Workers St. Louis District Counsel Trust Funds*** to Plaintiffs' Attorneys at Johnson & Krol, LLC, Attn: Adam Decker, 311 S. Wacker Drive, Suite 1050, Chicago, Illinois 60606, within five (5) days of receiving a copy of this Order;

2. Anna-Jonesboro National Bank is further ordered to turnover the approximately $45,000.00 in funds that is to be deposited into Account No. XXXX582 in a draft made payable to the ***Iron Workers St. Louis District Counsel Trust Funds*** to Plaintiffs' Attorneys at Johnson & Krol, LLC, Attn: Adam Decker, 311 S. Wacker Drive, Suite 1050, Chicago, Illinois 60606, within five (5) days of receiving said funds from Defendants/Judgment Debtors;

3. The lien created on all of Defendants/Judgment Debtors' personal property held by Anna-Jonesboro National Bank pursuant to the Citation to Discover Assets shall remain in effect until disposition of the approximately $45,000.00 that Defendants/Judgment Debtors have indicated is to be deposited into Account No. XXXX582[1]; and

4. The Plaintiffs are entitled to any other relief that this Court deems to be just and equitable all at the cost of Defendants/Judgment Debtors Grover Mays, Jr., individually and d/b/a Grover Mays Construction Company, and Mika Sadler, individually and d/b/a Grover Mays Construction Company, pursuant to 29 U.S.C. § 1132(g)(2)(E).

---

[1] Pursuant to 735 ILCS § 5/2-1402(m), "[t]he judgment or balance due on the judgment becomes a lien when a citation is served in accordance with subsection (a) of this Section. The lien binds nonexempt personal property, including money, choses in action, and effects of the judgment debtor as follows: … (2) When the citation is directed against a third party, upon all personal properly belonging to the judgment debtor in the possession or control of the third party or which thereafter may be acquired or come due the judgment debtor and comes into the possession or control of the third party to the time of the disposition of the citation.

**IT IS SO ORDERED.**

**DATED: May 10, 2023**

*s/ Reona J. Daly*

**Hon. Reona J. Daly**
**United States Magistrate Judge**