## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST; IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST; and IRON WORKERS ST. LOUIS DISTRICT COUNCIL WELFARE PLAN, <br><br> Plaintiffs/Judgment Creditors, <br><br> vs. <br><br> GROVER MAYS, JR., individually and d/b/a GROVER MAYS CONSTRUCTION COMPANY, MIKA SADLER, individually and d/b/a GROVER MAYS CONSTRUCTION COMPANY, <br><br> Defendants/Judgment Debtors, | Case No. 4:22-mc-6-SMY-RJD |

### FULL SATISFACTION OF JUDGMENT

Plaintiffs, the IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST the IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST, and IRON WORKERS ST. LOUIS DISTRICT COUNCIL WELFARE PLAN, by and through their attorneys, JOHNSON & KROL, LLC, hereby file this Satisfaction of Judgment as to Defendants/Judgment Debtors GROVER MAYS, JR., individually and d/b/a GROVER MAYS CONSTRUCTION COMPANY ("Mays"), and MIKA SADLER, individually and d/b/a GROVER MAYS CONSTRUCTION COMPANY ("Sadler"), and state as follows:

1. On October 14, 2022, the United States District Court for the Eastern District of Missouri entered Judgment in favor of the Plaintiffs and against Defendants/Judgment Debtors Mays and Sadler in the amount of $126,572.07.

2. On December 8, 2022, Plaintiffs registered their judgment in the United States District Court for the Southern District of Illinois. (Docket No. 1).

3. Plaintiffs have since recovered payment from Defendants/Judgment Debtors Mays and Sadler and acknowledge receipt of said payment as settlement for the full amount of the Judgment.

**NOW, THEREFORE:**

Full and complete satisfaction of Judgment is hereby acknowledged by Plaintiffs as to Defendants/Judgment Debtors Mays and Sadler.

Respectfully Submitted,

**IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST** *et al.*

/s/ Adam Y. Decker
Adam Y. Decker (63407-53)
JOHNSON & KROL, LLC
450 E. 96th Street, Suite 500
Indianapolis, Indiana 46240
(317) 754-8720
decker@johnsonkrol.com
*One of Plaintiffs' Attorneys*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 6, 2023, a true and correct copy of the foregoing **Full Satisfaction of Judgment** was sent via U.S. First-Class Mail to the Defendants at the address below:

**Grover Mays, Jr., individually
and d/b/a Grover Mays Construction**
220 Mays Lane
Dongola, IL 62926

**Mika Sadler, individually
and d/b/a Grover Mays Construction**
350 Mays Lane
Dongola, IL 62926

/s/ Adam Y. Decker
Adam Y. Decker (63407-53)
*One of Plaintiffs' Attorneys*